Submitted May 6, reversed June 22, 2016

In the Matter of M. P.,
A Person Alleged to have a Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

M. P.,
*Appellant.*

Wasco County Circuit Court
1400017MC; A158655

379 P3d 843

Victoria K. Moffet filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Tookey, Judge, and DeHoog, Judge.

## PER CURIAM

Appellant in this mental commitment case appeals an order committing her to the custody of the Mental Health Division for a period not to exceed 180 days. ORS 426.130. On appeal, appellant contends that the trial court erred in concluding that, as a result of a mental disorder, she is a danger to herself. *See* ORS 426.005(1)(f). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's judgment should be reversed. We agree and accept the state's concession.[1]

Reversed.

---

[1] Our resolution of that issue obviates the need to address appellant's second assignment of error.